IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARICELIS OCASIO-VEGA : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security : NO. 09-2406

## ORDER

AND NOW, this 2__ day of _February_, 2013, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Plaintiff's Request for Review, Defendant Commissioner's Response thereto, and plaintiff's reply brief, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objections having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.